# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DANIEL FRANKS

    Plaintiff,

vs.                          Civil Action No.: 06-1324
                                Judge AMBROSE

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER

NOW this 12th day of June, 2007, it is hereby

ORDERED that the above titled matter is DISMISSED.

_/s/ Donetta F. Ambrose_
US District Judge